UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00075-SEB-MJD |
| | ) | |
| JERRY DAVIS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## **VERDICT**

## Count One – Interference with Interstate Commerce by Robbery

With respect to the charge of interference with interstate commerce by robbery alleged to have occurred on November 12, 2019, at the Speedway convenience store located at 7103 North Keystone Avenue, Indianapolis, Indiana, in violation of Title 18, United States Code, Section 1951, as described in Count One of the Indictment, we, the jury, unanimously find Defendant **JERRY DAVIS**:

GUILTY __X__          NOT GUILTY _____

**Count Two – Interference with Interstate Commerce by Robbery**

With respect to the charge of interference with interstate commerce by robbery alleged to have occurred on November 13, 2019, at the A Taste of Indiana store, located at 5016 East 62nd Street, Indianapolis, Indiana, in violation of Title 18, United States Code, Section 1951, as described in Count Two of the Indictment, we, the jury, unanimously find Defendant **JERRY DAVIS**:

GUILTY ___X___          NOT GUILTY _____

**Count Three – Attempted Interference with Interstate Commerce by Robbery**

With respect to the charge of attempted interference with interstate commerce by robbery, alleged to have occurred on November 20, 2019, at the Speedway convenience store, located at 4830 West 38th Street, Indianapolis, Indiana, in violation of Title 18, United States Code, Section 1951, as described in Count Three of the Indictment, we, the jury, unanimously find Defendant **JERRY DAVIS**:

GUILTY ___X___  NOT GUILTY _____

## Count Four – Interference with Interstate Commerce by Robbery

With respect to the charge of interference with interstate commerce by robbery alleged to have occurred on November 20, 2019, at the Denny's located at 2490 Post Road, Indianapolis, Indiana, in violation of Title 18, United States Code, Section 1951, as described in Count Four of the Indictment, we, the jury, unanimously find Defendant **JERRY DAVIS**:

GUILTY __X__        NOT GUILTY _____

*Your verdict is now complete. Please have the presiding juror sign and date the form in the spaces provided below and alert the bailiff that you have completed your deliberations.*

June 19, 2021
Date                                                Presiding Juror